**Freshfields Bruckhaus Deringer US LLP**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: June 17, 2021

**By ECF and Email**

Hon. Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

New York
601 Lexington Avenue
31st Floor
New York, NY 10022
T  +1 212 277 4000 (Switchboard)
    +1 212-277-4041 (Direct)
F  +1 646-521-5641
E  madlyn.primoff@freshfields.com
www.freshfields.com

MEMO ENDORSED

June 16, 2021

Re:  *Kennedy Lewis Partners Master Fund LP et al. v. Abry Partners, LLC et al.*,
     **Case No. 1:21-cv-04690-ALC**

Dear Judge Carter:

We represent Wilmington Savings Fund Society, FSB ("WSFS"), one of the defendants named in the above-referenced matter. We write jointly with counsel to Abry Partners, LLC; CIFC Asset Management LLC; Apex Credit Partners, LLC; Ellington Management Group, L.L.C.; and Trimaran Advisors Management, L.L.C., the remaining defendants in the above-referenced matter (collectively, the "Required Lender Defendants").

After conferring with counsel to Plaintiffs and reaching agreement, pursuant to Rule 1(D) of your Individual Practices, we write to respectfully request an extension of the deadlines for WSFS and Required Lender Defendants (collectively, "Defendants"), each of whom was served on a different day, to answer, move, or otherwise respond to the complaint to July 19, 2021.[1] We respectfully request that the Court extend the deadline to answer, move, or otherwise respond without prejudice to Defendants' right to request a further extension if needed. This short extension will allow Defendants sufficient time to investigate and respond to the allegations in the complaint. This is Defendants' first request for an extension of time and would not affect any other scheduled dates. Plaintiffs consent to this request. In the event Defendant(s) move to dismiss, the parties request that Plaintiffs have 30 days to respond and Defendant(s) have 14 days to reply.

---

[1] The deadline for WSFS to answer or otherwise respond to the complaint is June 18, 2021. The deadline for CIFC Asset Management LLC to answer or otherwise respond to the complaint is June 22, 2021. The deadline for Abry Partners, LLC and Ellington Management Group, L.L.C. to answer or otherwise respond to the complaint is June 23, 2021. The deadline for Apex Credit Partners, LLC and Trimaran Advisors Management, L.L.C. to answer or otherwise respond to the complaint is June 24, 2021.

Freshfields Bruckhaus Deringer US LLP

2 | 2

SO ORDERED:

*[signature]*

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

June 17, 2021

Respectfully,

/s/ Madlyn Gleich Primoff

Madlyn Gleich Primoff
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
*Counsel for Defendant Wilmington Savings Fund Society, FSB*

/s/ Mary Beth Maloney

Mary Beth Maloney
GIBSON, DUNN & CRUTCHER LLP
*Counsel for Defendants Defendants Abry Partners, LLC; CIFC Asset Management LLC; Apex Credit Partners, LLC; Ellington Management Group, L.L.C.; and Trimaran Advisors Management, L.L.C.*

CC: Kyle A. Lonergan, McKool Smith, P.C.
James H. Smith, McKool Smith, P.C.
John Sparacino, McKool Smith, P.C.