UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

KENNEDY LEWIS PARTNERS MASTER
FUND LP AND KENNEDY LEWIS
PARTNERS MASTER FUND II LP,

                Plaintiffs,

      v.

ABRY PARTNERS, LLC, APEX CREDIT
PARTNERS, LLC, CIFC ASSET
MANAGEMENT LLC, ELLINGTON
MANAGEMENT GROUP, L.L.C.,
TRIMARAN ADVISORS MANAGEMENT,
L.L.C., AND WILMINGTON SAVINGS
FUND SOCIETY, FSB,

                Defendants.
------------------------------------------------------------x

Case No. 1:21-cv-04690-ALC

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant Ellington Management Group, L.L.C. (a private non-governmental party), by and through its undersigned counsel, hereby discloses its parent company is EMG Holdings, L.P. EMG Holdings L.P., has no corporate parent and no publicly held corporation owns 10% or more of it.

Dated: July 19, 2021
       New York, New York

GIBSON, DUNN & CRUTCHER LLP

By:   */s/ Mary Beth Maloney*
       Mary Beth Maloney

       200 Park Avenue
       New York, New York 10166
       Tel.: 212-351-4000
       Fax: 212-351-5295
       MMaloney@gibsondunn.com

*Attorney for Defendant Ellington Management Group, L.L.C.*