UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

KENNEDY LEWIS PARTNERS MASTER
FUND LP AND KENNEDY LEWIS
PARTNERS MASTER FUND II LP,

            Plaintiffs,

   v.

ABRY PARTNERS, LLC, APEX CREDIT
PARTNERS, LLC, CIFC ASSET
MANAGEMENT LLC, ELLINGTON
MANAGEMENT GROUP, L.L.C.,
TRIMARAN ADVISORS MANAGEMENT,
L.L.C., AND WILMINGTON SAVINGS
FUND SOCIETY, FSB,

            Defendants.
------------------------------------------------------------x

Case No. 1:21-cv-04690-ALC

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant CIFC Asset Management LLC (a private non-governmental party), by and through its undersigned counsel, hereby discloses that its parent company is CIFC LLC, which is owned by Centricus Holdings I LP. Centricus Holdings I LP is majority owned by Centricus Financial Investments LP. Centricus Financial Investments LP is majority owned by Supreme Universal Holdings Ltd. Supreme Universal Holdings Ltd. has no corporate parent and no publicly held corporation owns 10% or more of it.

| | |
|---|---|
| Dated: July 19, 2021<br>New York, New York | GIBSON, DUNN & CRUTCHER LLP<br><br>By:  */s/ Mary Beth Maloney*<br>      Mary Beth Maloney<br><br>200 Park Avenue<br>New York, New York 10166<br>Tel.: 212-351-4000<br>Fax: 212-351-5295<br>MMaloney@gibsondunn.com<br><br>*Attorney for Defendant CIFC Asset Management LLC* |