UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
KENNEDY LEWIS PARTNERS MASTER  :
FUND LP AND KENNEDY LEWIS  :
PARTNERS MASTER FUND II LP,  :
                                                   Plaintiffs,  :
                             v.  :
                                    : Case No. 1:21-cv-04690-ALC
ABRY PARTNERS, LLC, APEX CREDIT  :
PARTNERS, LLC, CIFC ASSET  :
MANAGEMENT LLC, ELLINGTON  :
MANAGEMENT GROUP, L.L.C.,  :
TRIMARAN ADVISORS MANAGEMENT,  :
L.L.C., AND WILMINGTON SAVINGS  :
FUND SOCIETY, FSB,  :
                                  Defendants.  :
------------------------------------------------------------x

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant Trimaran Advisors Management, L.L.C. (a private non-governmental party), by and through its undersigned counsel, hereby discloses that its parent company is LibreMax Intermediate Holdings, LP ("LibreMax Intermediate Holdings"). LibreMax Intermediate Holdings is majority owned by LibreMax Capital Holdings, LP ("LibreMax Holdings"). LibreMax GP Holdings, LLC ("LibreMax GP Holdings") is the general partner of LibreMax Intermediate Holdings and LibreMax Holdings. GKL Holdings LLC owns more than 10% of LibreMax Holdings. GKL Holdings LLC has no corporate parent and no publicly held corporation owns 10% or more of it.

2

Dated: July 19, 2021                          GIBSON, DUNN & CRUTCHER LLP
       New York, New York

                                             By:   */s/ Mary Beth Maloney*
                                                       Mary Beth Maloney

                                                        200 Park Avenue
                                                        New York, New York 10166
                                                        Tel.: 212-351-4000
                                                        Fax: 212-351-5295
                                                        MMaloney@gibsondunn.com

                                             *Attorney for Defendant Trimaran Advisors Management, L.L.C.*