USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __July 20, 2021__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

**KENNEDY LEWIS PARTNERS MASTER FUND LP ET AL,**

                 **Plaintiffs,**

                 -against-

**ABRY PARTNERS, LLC ET AL**

                 **Defendant.**

------------------------------------------------------------ x

**21-cv-4690 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    Defendants request a pre-motion conference in anticipation of their motions to dismiss. (ECF Nos. 40, 41.) Plaintiff shall respond to Defendants' request by July 23, 2021.

**SO ORDERED.**

**Dated:  July 20, 2021**
          **New York, New York**

                                                   **ANDREW L. CARTER, JR.**
                                                   **United States District Judge**