```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: July 26, 2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------- x
**KENNEDY LEWIS PARTNERS MASTER**
**FUND LP ET AL,**

                      **Plaintiffs,**

          -against-

**ABRY PARTNERS, LLC ET AL**

                      **Defendant.**
------------------------------------------------------- x

**21-cv-4690 (ALC)**

**ORDER**

**MEMO ENDORSED**

**ANDREW L. CARTER, JR., United States District Judge:**

      Defendants requested a pre-motion conference in anticipation of their motions to dismiss. (ECF Nos. 40, 41.) Plaintiff responded on July 23, 2021. (ECF Nos. 43, 44.) The Court denies Defendants' request for a pre-motion conference. Defendants shall file their motions by August 30, 2021. Plaintiff shall file its response by October 4, 2021. Defendants shall reply by October 15, 2021.

**SO ORDERED.**

**Dated:**   **July 26, 2021**
         **New York, New York**

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**