| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF NEW YORK**<br>-------------------------------------------------------- x<br>**KENNEDY LEWIS PARTNERS MASTER**<br>**FUND LP and KENNEDY LEWIS**<br>**PARTNERS MASTER FUND II LP,**<br><br>　　　　　　　　　　　　**Plaintiffs,**<br><br>　　　　-against-<br><br>**ABRY PARTNERS, LLC ET AL.,**<br><br>　　　　　　　　　　　　**Defendants.**<br>-------------------------------------------------------- x | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: August 2, 2022<br><br>**21-cv-04690 (ALC)**<br><br>**<u>ORDER</u>** |

**ANDREW L. CARTER, JR., United States District Judge:**

　　The Court will hold a telephone conference in this case on August 17, 2022 at 11:00 a.m. The Parties should contact the court at 1-888-363-4749 (Access Code: 3768660). Members of the public and the press may use the same dial-in information.

**SO ORDERED.**

Dated:　**August 2, 2022**
　　　　**New York, New York**

　　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Andrew L. Carter_
　　　　　　　　　　　　　　　　　　　　　　　　　　　**ANDREW L. CARTER, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**