UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x

KENNEDY LEWIS PARTNERS MASTER FUND LP and KENNEDY LEWIS PARTNERS MASTER FUND II LP,

                  Plaintiffs,

-against-

ABRY PARTNERS, LLC ET AL.,

                  Defendants.

-------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: August 5, 2022

21-cv-04690 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The telephone conference scheduled in this case on August 17, 2022 at 11:00 a.m. is re-scheduled for August 17, 2022 at **2:00 p.m**. The Parties should contact the court at 1-888-363-4749 (Access Code: 3768660). Members of the public and the press may use the same dial-in information.

**SO ORDERED.**

Dated:    August 5, 2022
            New York, New York

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**