**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------ x

**KENNEDY LEWIS PARTNERS MASTER FUND LP and KENNEDY LEWIS PARTNERS MASTER FUND II LP,**

                          **Plaintiffs,**

         -against-

**ABRY PARTNERS, LLC ET AL.,**

                          **Defendants.**
------------------------------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: August 17, 2022

**21-cv-04690 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      For the reasons stated on the record at today's hearing, Defendants' motions to transfer are granted. The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 47 and 50, transfer this case to the District of Delaware, and close the case on this docket.

**SO ORDERED.**

Dated:    **August 17, 2022**
               **New York, New York**

                                                        **ANDREW L. CARTER, JR.**
                                                          **United States District Judge**